IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY RISKO, as Executrix of the Estate of GRACE HELTON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALLSTATE INSURANCE COMPANY | : | NO. 23-5162 |

## ORDER

**AND NOW**, this 9th day of July, 2024, upon consideration of Defendant's "Motion to Dismiss Plaintiffs' Bad Faith Claim Pursuant to Federal Rule 12(b)(6)" (Docket No. 9), and all documents filed in connection therewith, **IT IS HEREBY ORDERED** that the Motion is **GRANTED WITHOUT PREJUDICE**. **IT IS FURTHER ORDERED** that Plaintiff may file a second amended complaint curing the deficiencies in the Amended Complaint no later than July 31, 2024.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.